CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
12/06/2019
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>RAYMOND RASHARD HUBBARD,<br><br>*Defendant.* | CASE NO. 3:19-CR-00002<br><br>**ORDER**<br><br>JUDGE NORMAN K. MOON |

By order of this Court, the guilty plea hearing in this matter was referred to the U.S. Magistrate Judge Joel C. Hoppe, pursuant to 28 U.S.C. § 636(b)(3), for conduct of a plea hearing and a plea colloquy under Rule 11 of the Federal Rules of Criminal Procedure. Judge Hoppe filed a Report and Recommendation (the "Report") on November 15, 2019, in which he recommended that the Court accept Defendant's plea of guilty to the offense charged in Count One of the Superseding Information,[1] Dkt. 36, and adjudge the Defendant guilty of that offense.

After a careful review of the record, and no objection having been filed to the Report within fourteen days of its service upon the parties, this Court **ADOPTS** the Report in its entirety, **FINDS** the Defendant guilty of Count One of the Superseding Information, Dkt. 36, and **ADJUDGES** Defendant guilty of that offense. A presentence report in this matter shall be prepared.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this  6th   day of December, 2019.

*Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Defendant waived his right to prosecution by indictment. Dkt. 38.